UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 22-4012-KK-JPRx | Date: | December 1, 2023 |
|---|---|---|---|
| Title: | *Charles Miller v. FCA US LLC et al* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute

On June 10, 2022, plaintiff Charles Miller ("Plaintiff") filed a Complaint against defendant FCA US LLC ("Defendant"). ECF Docket No. ("Dkt.") 1. On July 7, 2022, Defendant filed an answer. Dkt. 11.

On June 12, 2023, the Court issued an Order referring the parties to participate in a private mediation under the mandatory Court-Directed Alternative Dispute Resolution Program no later than November 14, 2023. Dkt. 25. The Court further ordered the parties to file a Joint Status Report no later than seven days after the ADR proceeding. Id.

On November 21, 2023, the parties filed a Joint Status Report stating they "have been informally engaged in settlement discussions" and "Defendant served Plaintiff with a Rule 68 Offer of Settlement." Dkt. 31. It appears, therefore, the parties did not participate in private mediation as ordered by the Court, and thus, are in violation of the Court's June 12, 2023 order. See Dkt. 25.

Pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss this action with prejudice for failure to prosecute or failure to comply with a court order. See FED. R. CIV. P. 41(b). Before dismissing this action, the Court will afford Plaintiff an opportunity to explain the parties' failure to participate in the Alternative Dispute Resolution Program as directed by the Court's June 12, 2023 Order.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute and/or comply with court orders.  Plaintiff shall have **up to and including December 8, 2023** to respond to this Order.

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders.** See FED. R. CIV. P. 41(b).

**IT IS SO ORDERED.**