JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MILLER,<br><br>    Plaintiff,<br><br>vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. 2:22-cv-04012-KK-JPRx<br><br>District Judge: Kenly Kiya Kato<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Plaintiff CHARLES MILLER ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on November 27, 2023.

    Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $90,142.77 pursuant to the terms of the Rule 68 Offer.

    **IT IS SO ORDERED.**

Date:   December 6, 2023

                                       Hon. Kenly Kiya Kato
                                       U.S. District Judge