# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MILLER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 2:22-cv-04012-KK-JPRx<br><br>District Judge: Kenly Kiya Kato<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff CHARLES MILLER ("Plaintiff") and Defendant FCA US LLC have agreed FCA US LLC will pay $35,000.00 to resolve Plaintiff' attorneys' fees, costs, and expenses.

　　Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $35,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by April 22, 2024. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

　　**IT IS SO ORDERED.**

Date: February 22, 2024

_____
Hon. Kenly Kiya Kato
District Court Judge